**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00043-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER DONTA WILLIS (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a "Rule 59(3) Request for District Judge to Receive Further Evidence in Regard[] to Additional Objections Presented [To] and Suppressed by Defense Counsel" filed *pro se* by Defendant Christopher Willis ("Willis"). See Record Document 89. Willis is represented by competent and experience counsel, Joseph Greenwald, Jr. Willis should communicate with the Court through his attorney only, as "a criminal defendant does not have the right to 'hybrid representation.'" United States v. Ogbonna, 184 F.3d 447, 449 & n. 1 (5th Cir.1999); United States v. Lopez, 313 F.App'x 730, 731 (5th Cir. 2009). As such, Willis' *pro se* motion/request (Record Document 89) is **DENIED**. Mr. Greenwald is directed to contact Willis to discuss the contents of his recent *pro se* filing.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of October, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT