**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00043-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER DONTA WILLIS (01) | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is a *pro se* filing entitled "Defendant['s] Opposition and Response to Government['s] Document #100" (Record Document 103) filed by the defendant, Christopher Donta Willis ("Willis"). Within this filing, Willis seeks reconsideration of the Court's order of November 12, 2019 (Record Document 96) denying his request for new counsel and a stay.

"A criminal defendant does not have the right to 'hybrid representation.'" United States v. Ogbonna, 184 F.3d 447, 449 & n. 1 (5th Cir.1999); United States v. Lopez, 313 F.App'x 730, 731 (5th Cir. 2009). Here, Willis is represented by counsel and is admonished to communicate with the Court through his attorney only. This directive includes the filing of *pro se* motions and memoranda. Any such motions and memoranda will not be accepted by the Court in the future. The current motion for reconsideration before the Court is an unauthorized motion because Willis is represented by counsel. See Lopez, 313 F.App'x at 731. The motion (Record Document 103) is **DENIED** on this basis alone.

Furthermore, a review of Willis' motion does not change the Court's belief that no lawyer in good standing would make the arguments Willis wants his lawyer to make. Appointing another defense lawyer for William will not change that fact.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 2nd day of December, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT