# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00043-01 |
| VERSUS | CHIEF JUDGE HICKS |
| CHRISTOPHER DONTA WILLIS (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 177), and having thoroughly reviewed the record, including the written objections filed (Record Documents 205, 206, 211)[1] and the response thereto (Record Document 214), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for <u>Franks</u> Hearing (Record Document 148) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 9th day of September, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Record Document 205 was filed as a Motion for Reconsideration.  The Court considered the motion as an objection to the Report and Recommendation.  To the extent a ruling is necessary, the Motion for Reconsideration is **DENIED**.