# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTON NO. 19-00043-01 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| CHRISTOPHER DONTA WILLIS (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 178) is **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 10th day of November, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT